5:25-cv-144-MR

FILED
CHARLOTTE, NC

SEP 08 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District Western District of N.C. |
|---|---|
| Name (under which you were convicted): GRADY STEELE | Docket or Case No.: 20CRS052949-51,68 |
| Place of Confinement: Brown Creek Correctional P.O. Box 280 Polkton, NC 28135 | Prisoner No.: 0871322 |
| Petitioner (include the name under which you were convicted) GRADY STEELE | Respondent (authorized person having custody of petitioner) v. STATE OF NORTH CAROLINA |
| The Attorney General of the State of  Joshua H. Stein | |

### PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: **IREDELL County**

   (b) Criminal docket or case number (if you know): **20CRS 052949-51,68**

2. (a) Date of the judgment of conviction (if you know): **September 19, 2022**

   (b) Date of sentencing: **September 19, 2022**

3. Length of sentence: **90-120 months**

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☑ No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: **Larceny of Motor vehicle (F), Flee to Elude Arrest w/MV (M) Resisting Public Officer (M), First deg Trespass Enter/Remain (M)**

6. (a) What was your plea? (Check one)

   (1) Not guilty ☑    (3) Nolo contendere (no contest) ☐
   (2) Guilty ☐        (4) Insanity plea ☐

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? **I only pleaded guilty to the Habitual Felon Status**

ORIGINAL COPY

# Petition for Relief From a Conviction or Sentence By a Person in State Custody

(Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus)

## Instructions

1. To use this form, you must be a person who is currently serving a sentence under a judgment against you in a state court. You are asking for relief from the conviction or the sentence. This form is your petition for relief.

2. You may also use this form to challenge a state judgment that imposed a sentence to be served in the future, but you must fill in the name of the state where the judgment was entered. If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file a motion under 28 U.S.C. § 2255 in the federal court that entered the judgment.

3. Make sure the form is typed or neatly written.

4. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5. Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a brief or arguments, you must submit them in a separate memorandum.

6. You must pay a fee of $5. If the fee is paid, your petition will be filed. If you cannot pay the fee, you may ask to proceed in forma pauperis (as a poor person). To do that, you must fill out the last page of this form. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you. If your account exceeds $_____, you must pay the filing fee.

7. In this petition, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different court (either in the same state or in different states), you must file a separate petition.

8. When you have completed the form, send the original and two copies to the Clerk of the United States District Court at this address:

   Clerk, United States District Court for_____
   Address
   City, State Zip Code

9. CAUTION: You must include in this petition all the grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

10. CAPITAL CASES: If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.

    (c) If you went to trial, what kind of trial did you have? (Check one)
        Jury ☑     Judge only ☐

7. Did you testify at a pretrial hearing, trial, or a posttrial hearing?
    Yes ☐  No ☑

8. Did you appeal from the judgment of conviction?
    Yes ☑  No ☐

9. If you did appeal, answer the following:
    (a) Name of court: NORTH CAROLINA COURT OF APPEAL
    (b) Docket or case number (if you know): NO. COA 23-425
    (c) Result: NO ERROR
    (d) Date of result (if you know): January 16, 2024
    (e) Citation to the case (if you know): STATE OF NORTH CAROLINA V. STEELE
    (f) Grounds raised: That the trial court erred in instructing the jury on Flight

    (g) Did you seek further review by a higher state court?  Yes ☐  No ☑
        If yes, answer the following:
        (1) Name of court: _____
        (2) Docket or case number (if you know): _____
        (3) Result: _____
        (4) Date of result (if you know): _____
        (5) Citation to the case (if you know): _____
        (6) Grounds raised: _____

    (h) Did you file a petition for certiorari in the United States Supreme Court?  Yes ☐  No ☑
        If yes, answer the following:
        (1) Docket or case number (if you know): _____

    (2) Result: _____

    (3) Date of result (if you know): _____
    (4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?
    Yes ☑  No ☐

11. If your answer to Question 10 was "Yes," give the following information:
  (a) (1) Name of court: IREDELL County Superior Court
    (2) Docket or case number (if you know): 20CRS052949-51, 68
    (3) Date of filing (if you know): September 25, 2024
    (4) Nature of the proceeding: Criminal / Credits Allowed
    (5) Grounds raised: 15-196.1-4 to provide him with confinement credits not previously allow while APPEAL was pending

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☐  No ☑
    (7) Result: Denied
    (8) Date of result (if you know): January 24, 2025

  (b) If you filed any second petition, application, or motion, give the same information:
    (1) Name of court: NORTH CAROLINA COURT OF APPEALS
    (2) Docket or case number (if you know): NO. P24-788
    (3) Date of filing (if you know): February 10, 2025
    (4) Nature of the proceeding: Criminal / Credits Allowed
    (5) Grounds raised: N.C.G.S.A § 15-196.1-4 to provide him with confinement credits not previously allow while APPEAL was pending

_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☐ No ☑

(7) Result: __Denied__

(8) Date of result (if you know): __MAY 21, 2025__

(c) If you filed any third petition, application, or motion, give the same information:
   (1) Name of court: _____
   (2) Docket or case number (if you know): _____
   (3) Date of filing (if you know): _____
   (4) Nature of the proceeding: _____
   (5) Grounds raised: _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☐ No ☑

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?
   (1) First petition: Yes ☐ No ☑
   (2) Second petition: Yes ☐ No ☑
   (3) Third petition: Yes ☐ No ☑

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:
First Petition, time in perfecting a Appeal ran out, plus I had no right to APPEAL. So I did a writ of certiorari on that Petition in the court of Appeals which was denied.

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: N.C.G.S 15-196.1-4 To provide defendant with confinement credit not previously allow while APPEAL was pending

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): From September 19, 2022 the day I got found guilty by a jury till January 16, 2024 when my Appeal became final, I was in confinement thru my whole Appeal process and that would give me 484 days I spend in confinement pending my Appeal.

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

(c) Direct Appeal of Ground One:
  (1) If you appealed from the judgment of conviction, did you raise this issue?
    Yes ☐  No ☑
  (2) If you did not raise this issue in your direct appeal, explain why: I had no right to Appeal. And the time to perfect a Appeal ran out. I raise the issue in a writ of certiorari to the Appeals Courts

(d) Post Conviction Proceedings:
  (1) Did you raise this issue through a post conviction motion or petition for habeas corpus in a state trial court? Yes ☑  No ☐
  (2) If your answer to Question (d)(1) is "Yes," state:
    Type of motion or petition: Motion For Appropiate Relief (MAR)
    Name and location of the court where the motion or petition was filed: IREDELL County Superior Court

Docket or case number (if you know): 20CRS 052949-51, 68
Date of the court's decision: January 24, 2025
Result (attach a copy of the court's opinion or order, if available): Denied

(3) Did you receive a hearing on your motion or petition?
    Yes ☐   No ☑

(4) Did you appeal from the denial of your motion or petition?
    Yes ☐   No ☑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
    Yes ☐   No ☑

(6) If your answer to Question (d)(4) is "Yes," state:
Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: I had no right to Appeal, plus time to perfect a Appeal ran out.

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: I did a writ of Certiorari in the Appeals court of North Carolina, that writ was denied as well. (I attach a copy of the courts order)

GROUND TWO:    NONE

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____
_____
_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____
_____
_____

(c) Direct Appeal of Ground Two:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐  No ☐

(2) If you did not raise this issue in your direct appeal, explain why: _____
_____

(d) Post Conviction Proceedings:

(1) Did you raise this issue through a post conviction motion or petition for habeas corpus in a state trial court?

Yes ☐  No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____
_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____

(3) Did you receive a hearing on your motion or petition?

Yes ☐  No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☐  No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐  No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____
_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

_____

_____

GROUND THREE: __NONE__

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

(c) Direct Appeal of Ground Three:

    (1) If you appealed from the judgment of conviction, did you raise this issue?

    Yes ☐  No ☐

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

(d) Post Conviction Proceedings:

(1) Did you raise this issue through a post conviction motion or petition for habeas corpus in a state trial court?    Yes ☐    No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?
    Yes ☐    No ☐

(4) Did you appeal from the denial of your motion or petition?
    Yes ☐    No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
    Yes ☐    No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

_____

**GROUND FOUR:** NONE

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Four, explain why:

(c) Direct Appeal of Ground Four:

    (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes ☐   No ☐

    (2) If you did not raise this issue in your direct appeal, explain why:

(d) Post Conviction Proceedings:

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?   Yes ☐   No ☐

    (2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion or petition?
        Yes ☐   No ☐

    (4) Did you appeal from the denial of your motion or petition?
        Yes ☐   No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
   Yes ☐   No ☐

(6) If your answer to Question (d)(4) is "Yes," state:
Name and location of the court where the appeal was filed: _____
_____
Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): _____
_____
_____
_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
_____
_____
_____

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____
_____
_____
_____

13. Please answer these additional questions about the petition you are filing:
   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   Yes ☑   No ☐
   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____
_____
_____

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:
        NONE
_____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   Yes ☐   No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

_____
_____
_____
_____

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? Yes ☐ No ☑
   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____
   _____
   _____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:
   (a) At preliminary hearing: __Ashley Cannon - 140 E. Water St. Statesville, NC 28677__
   (b) At arraignment and plea: __Ashley Cannon__
   (c) At trial: __Ashley Cannon__
   (d) At sentencing: __Ashley Cannon__
   (e) On appeal: __Jillian C. Franke - Suite 500  123 West Main Street Durham, NC 27701__
   (f) In any post conviction proceeding: __PRO SE__
   (g) On appeal from any ruling against you in a post conviction proceeding: __PRO SE NONE__

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes ☐ No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:
_____
_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☑

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.* Defendant is entitled to Equitable Tolling due to "Extraordinary Circumstance" of having received delayed notice of the State Courts disposition of defendant filing a Motion For Appropriate Relief in the trial court of IREDELL County on September 25, 2024 and getting denied on January 24, 2025. And also when I filed for writ of Certiorari in the Appeals court of North Carolina on February 10, 2025 and getting denied on May 21, 2025. And do the lack of resources and Law library here in the prison as well.
  So from January 16, 2024 till September 25, 2024 give me about 8 months run time. And from January 24, 2025 till February 10, 2025 give me about 3 weeks of run time. And from May 21, 2025 till present put me right at the borderline of the one year statue of limitation.

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C § 2244(d) provides in part that:

(1) A one year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of—

(continued...)

Therefore, petitioner asks that the Court grant the following relief: **Award defendant the 484 days of confinement credit for days spent in the STATE CORRECTIONAL INSTITUTION Pending APPEAL From Sept. 19, 2022 until January 16, 2024** or any other relief to which petitioner may be entitled.

---

PRO SE
_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on **8-27-25** (month, date, year).

Executed (signed) on **8-27-25** (date).

_Grady Stute_
Signature of Petitioner

---

*(...continued)
(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____
_____
_____

---

IN FORMA PAUPERIS DECLARATION

<u>UNITED STATES DISTRICT COURT WESTERN</u>

(Insert appropriate court)

\* \* \* \* \*